Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Victoria L. Gutierrez (SBN: 282715)
victoria@bohmlaw.com
Pablo F. Colmenares (SBN: 329140)
pcolmenares@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 866.920.1292
Facsimile: 916.927.2046

Attorneys for Plaintiff,
BHARATH RAGHUKULTILAK, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHARATH RAGHUKULTILAK, M.D., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES; DAVID SNELL, M.D.; KEVIN RUETER, M.D.; TODD MURRAY; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-00455-TLN-DMC <br><br> **ORDER RE: STIPULATION FOR GOOD CAUSE TO MODIFY THE SCHEDULING ORDER** <br><br><br><br><br> Action Filed: March 13, 2019 <br> Trial Date: Not Set |

Having read and considered the parties Stipulation for Good Cause related to Plaintiff's Motion to Modify the Scheduling Order, and good cause appearing, IT IS HEREBY ORDERED that the current Scheduling Order (document 3), shall be modified in the following ways:

1. Plaintiff's Motion to Modify the Scheduling Order is granted based on the parties Stipulation for Good Cause;

///

1

**ORDER RE: STIPULATION FOR
GOOD CAUSE TO MODIFY THE SCHEDULING ORDER**
*Raghukultilak, M.D. v. CDCR, et al.*
Case No.: 2:19-cv-00455-TLN-DMC

Lawrance A. Bohm, Esq.
Victoria L. Gutierrez, Esq.
Pablo F. Colmenares, Esq.

2. The deadline for completion of non-expert discovery continued from March 25, 2020 to June 23, 2020;

3. The deadline for expert designation continued from May 22, 2020, to August 21, 2020;

4. The deadline for supplemental expert designation continued from June 19, 2020, to September 4, 2020.

**IT IS SO ORDERED**.

Date: March 9, 2020

_____
Troy L. Nunley
United States District Judge

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

**ORDER RE: STIPULATION FOR
GOOD CAUSE TO MODIFY THE SCHEDULING ORDER**
*Raghukultilak, M.D. v. CDCR, et al.*
Case No.: 2:19-cv-00455-TLN-DMC

Lawrance A. Bohm, Esq.
Victoria L. Gutierrez, Esq.
Pablo F. Colmenares, Esq.