IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHARATH RAGHUKULTILAK,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:19-CV-0455-TLN-DMC-P<br><br><br><br>ORDER |

    Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motion for summary judgment has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for August 4, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

    IT IS SO ORDERED.

Dated: July 28, 2021

                    _____
                    DENNIS M. COTA
                    UNITED STATES MAGISTRATE JUDGE